# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  WILLANTHA E. COLLINS-HARDIN                                        Case Number: 08-71031
727 BUCKBEE                        SSN-xxx-xx-4103
ROCKFORD, IL  61104

Case filed on:        4/7/2008
Plan Confirmed on:
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,936.00                  Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BENEFICIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BRICE, VANDER LINDEN & WERNICK, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | PIERCE & ASSOCIATES, ATTORNEYS AT LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PIERCE & ASSOCIATES, ATTORNEYS AT LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | NATIONAL ASSET RECOVERY INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | NCC BUSINESS SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | REVENUE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | TORRES CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | TOTAL DEBT MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | TRANS WORLD SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | WOLPOFF & ABRAMSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | LURETHA MACKLIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | TAKISHA WOOD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | WINNEBAGO COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | WILLANTHA E. COLLINS-HARDIN | 0.00 | 0.00 | 288.85 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 288.85 | 0.00 |
| 002 | BENEFICIAL ILLINOIS INC | 14,437.09 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN HOME MORTGAGE SERVICING, INC. | 63,200.91 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN HOME MORTGAGE SERVICING, INC. | 5,758.90 | 0.00 | 0.00 | 0.00 |
| 007 | ATTORNEY JASON ROCK | 5,137.17 | 5,000.00 | 1,521.73 | 0.00 |
| 010 | LITTON LOAN SERVICING LP | 6,487.96 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 95,022.03 | 5,000.00 | 1,521.73 | 0.00 |
| 001 | BARRICK SWITZER LAW FIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ATTORNEY JASON ROCK | 0.00 | 137.17 | 0.00 | 0.00 |
| 016 | ASPIRE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | AXBERG HEATING | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | BRYDEN MOTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CAPITAL ONE BANK (USA) NA | 785.94 | 785.94 | 0.00 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 987.94 | 987.94 | 0.00 | 0.00 |
| 023 | COMMERCE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | COUNTRY COMPANIES INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | DENTAL DIMENSIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | GILLEYS SHEET METAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | INTERSTATE GAS SUPPLY | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | JC PENNY | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | MUTUAL MANAGEMENT SERVICES | 2,400.00 | 2,400.00 | 0.00 | 0.00 |
| 034 | ASSET ACCEPTANCE CORP | 67.36 | 67.36 | 0.00 | 0.00 |
| 036 | ROCKFORD BELL CREDIT UNION | 606.19 | 606.19 | 0.00 | 0.00 |
| 038 | SBC AMERITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | SIMS JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | MUTUAL MANAGEMENT SERVICES | 3,534.86 | 3,534.86 | 0.00 | 0.00 |
| 041 | TDS METROCOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | TRUE GREEN LAWN | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | CREDITORS PROTECTION SERVICE, INC | 245.00 | 245.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 050 | COMED CO | 334.01 | 334.01 | 0.00 | 0.00 |
| 051 | PORTFOLIO RECOVERY ASSOCIATES | 1,665.01 | 1,665.01 | 0.00 | 0.00 |
| 052 | ECAST SETTLEMENT CORPORATION | 340.16 | 340.16 | 0.00 | 0.00 |
| | Total Unsecured | 10,966.47 | 11,103.64 | 0.00 | 0.00 |
| | Grand Total: | 105,988.50 | 16,103.64 | 1,810.58 | 0.00 |

Total Paid Claimant:    $1,810.58
Trustee Allowance:      $125.42
Percent Paid Unsecured:      0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009          By  /s/Heather M. Fagan